UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0393
FAX (301) 344-0394

August 12, 2014

**VIA ELECTRONIC FILING**

Francis J. Martorana, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Avenue NW
Washington, DC 20016

U.S. Journeymen, Inc. c/o Maryum Abdullah
9811 53rd Avenue
College Park, MD 20740

Maryum Abdullah
2610 Kirkwood Place, Apt. 103
Hyattsville, MD 20782

Re:  *Iron Workers Local Union, et al. v. U.S. Journeymen, Inc.*
     Civil Action No.: PWG-13-2668

Dear Counsel of Record and U.S. Journeymen, Inc.:

     A copy of the Report and Recommendation rendered in the above-captioned case is enclosed.  Any objections you wish to make thereto must be made **in writing and within 14 days** pursuant to Federal Rule of Civil Procedure 72(b)(2), a copy of which is enclosed.

     After the time for filing written objections has expired, Judge Paul W. Grimm will review the Report and Recommendation irregardless of whether you have filed written objections to it.  If you should fail to file written objections within the time set forth above (or within the time of any extension specifically granted by the Court) and Judge Paul W. Grimm subsequently adopts the Report and Recommendation, you will have lost your right to appeal the finding of the Report and Recommendation to the United States Court of Appeals for the Fourth Circuit.

Very truly yours,

/s/
Charles B. Day
United States Magistrate Judge

CBD/slr